**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff/Respondent.<br><br>vs.<br><br>Travis Eugene Keesee,<br><br>        Movant/Defendant. | No.   CR 00-0932-PCT-EHC<br>        CIV 04-1338-PCT-EHC (DKD)<br><br>**ORDER** |

Pending before the Court is Defendant's Request for Transcripts and Enlargement of Time (Doc. #227), filed November 21, 2005. In the Government's response to Defendant's Motion (Doc. #228), it states that they have mailed copies of the sentencing transcripts directly to Defendant and that they do not object to an extension of time for Defendant to file his reply.

Accordingly,

**IT IS HEREBY ORDERED** granting Defendant's Request for Enlargement of Time (Doc. #227). Defendant shall file his reply no later than January 6, 2006.

**IT IS FURTHER ORDERED** denying Defendant's Request for Transcripts (Doc. #227), as moot.

DATED this 8th day of December, 2005.

_____
David K. Duncan
United States Magistrate Judge