IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
United States of America,      )
                               )    CR 00-932-PCT-EHC
        Plaintiff/Respondent.  )    CIV 04-1338-PCT-EHC (DKD)
                               )
                               )
vs.                            )    O R D E R
                               )
Travis Eugene Keesee,          )
                               )
        Defendant/Petitioner.  )
_____)
```

Travis Eugene Keesee, (Petitioner) filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. (Dkt. 194). Magistrate Judge David K. Duncan issued a Report and Recommendation. (Dkt. 221). Objections were filed by Petitioner. (Dkt. 222). The matter was recommitted to the Magistrate Judge for a further Report and Recommendation. (Dkt. 223). A further Supplemental Report and Recommendation issued. (Dkt. 238). Petitioner filed Objections. (Dkt. 239).

**STANDARD OF REVIEW**

A district court judge reviews de novo the Report and Recommendation of a Magistrate Judge. See 28 U.S.C. § 636(b)(1)(C).

This Court having reviewed the record de novo, including Petitioner's Objections, adopts in full the Report and

1  Recommendation and Supplemental Report and Recommendation of the
2  Magistrate Judge (Dkts. 221, 238) and incorporates the same as a
3  part of this Order.
4     Accordingly,
5     **IT IS ORDERED** adopting the Report and Recommendation of the
6  Magistrate Judge and Supplemental Report and Recommendation.
7  (Dkts. 221, 238);
8     **IT IS FURTHER ORDERED** denying Petitioner's Motion filed
9  pursuant to 28 U.S.C. § 2255 (Dkt. 194).
10     DATED this 16th day of June, 2006.

*[signature]*
Earl H. Carroll
United States District Judge